# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

GEORGE RICHARDS

*Plaintiff(s)*

v.

UNITED RIVERHEAD TERMINAL INC., AND GENERAL MANAGER SCOTT KAMM, TERMINAL MANAGER JOHN LINDAHL, MARINE SUPERVISOR DANIEL HAND, BOARD OF DIRECTORS OR OFFICE

*Defendant(s)*

Civil Action No. 18-6805    JFB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United Riverhead Terminal Inc., Scott Kamm, John Lindahl, Daniel Hand, Board of Directors or Officers 212 Sound Shore Road Riverhead, New York 11901

Town of Riverhead, And Police Officers John Doe and Jane Doe 210 Howell Avenue Riverhead, New York 11901

Suffolk County Human Rights Commission 100 Veterans Highway Hauppauge, New York 11788

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Annette M. Totten Attorney at Law
131 West Main Street
P.O. Box 1907
Riverhead, New York 11901

*/s/ Annette M. Totten*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/03/2018

S/ Jean Bollbach

*Signature of Clerk or Deputy Clerk*